**ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.**
875 Third Avenue, 9th Floor
New York, New York 10022
Tel: No.: 212-603-6300
**A. Mitchell Greene, Esq.**
Email: amg@robinsonbrog.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 13 |
| **ROBERT LITWIN,** | Case No. 14-10248-alg |
| Debtor. | |

---------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that **Robinson Brog Leinwand Greene Genovese & Gluck P.C.** hereby appears as a Creditor of **Robert Litwin,** and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 1109(b), hereby demands that all notices given or required to be given in this case be given to and served upon the undersigned at the offices, post offices, telephone number, and email address set forth below:

> **ROBINSON BROG LEINWAND GREENE
>   GENOVESE & GLUCK P.C.**
>  *Creditor*
>  875 Third Avenue, 9th Floor
>  New York, New York 10022
>  Tel: No.: 212-603-6300
>  **A. Mitchell Greene, Esq.**
>   Email: amg@robinsonbrog.com

and that they be added to the Master Service List in this case.

660802

2

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named debtor or property of its estate.

**DATED:**  New York, New York
February 7, 2014

>                **ROBINSON BROG LEINWAND GREENE
>                   GENOVESE & GLUCK P.C.**
>                *Creditor*
>                 875 Third Avenue, 9th Floor
>                New York, New York 10022
>                Tel: No.: 212-603-6300
>                **A. Mitchell Greene, Esq.**
>                Email: amg@robinsonbrog.com
>
>
>                 By:/S/A. Mitchell Greene
>                       **A. Mitchell Greene**

660802